White and Williams LLP

**Shane R. Heskin**

810 Seventh Avenue | Suite 500 | New York, NY 10019
Direct 215.864.6329 | Fax 215.399.9603
heskins@whiteandwilliams.com | whiteandwilliams.com

May 9, 2025

**Via ECF**

Magistrate Judge Lee. G. Dunst
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Courtroom 830
Central Islip, NY 11722

RE: *CDS Business Services, Inc. d/b/a Newtek Business Credit v. H.M.C., Inc. and Kara DiPietro*, Case No. 19-CV-5759 (JMA)(SIL)

Dear Judge Dunst:

We are the attorneys for the Defendants Kara DiPietro and H.M.C. Inc. in the above-captioned matter. Together with Plaintiff's counsel, we write to request that this matter be closed. As the Court may recall from prior submissions, both H.M.C. Inc. [Doc. No. 59] and Ms. DiPietro [Doc. No. 63] filed Chapter 7 petitions for bankruptcy in the United States Bankruptcy Court for the District of Maryland. H.M.C.'s estate has been fully administered and a Final Decree has been issued by the bankruptcy court and is attached hereto as Exhibit 1. Similarly, an Order of Discharge has been entered in Ms. DiPietro's bankruptcy and is attached hereto as Exhibit 2.

In light of the foregoing, the parties respectfully request that this matter be closed and that the parties be excused from appearing before the Court for a status conference on June 5, 2025.

We thank the Court for its time and consideration.

Respectfully submitted,

WHITE AND WILLIAMS LLP
Shane R. Heskin